**Rickey TOWNSEND, Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; John Ashcroft, individually and in his official capacity as the present Attorney General of the United States of America; Janet Reno, individually and in her official capacity as the former Attorney General of the United States of America; Bureau of Prisons, sued as the Federal Bureau of Prisons; Kathy Hawk, individually and in her official capacity as the Director of the Bureau of Prisons; Christopher Erlewine, individually and in his official capacity as Assis-**

tant Director of the General Counsel for the Bureau of Prisons; R.L. Stiff, individually and in his official capacity as Warden of the Federal Correctional Institution, Oxford, WI; Theador Edgecomb, individually and in his official capacity as a Senior Officer EEO, Black Affairs, Counselor at the Federal Correctional Institution, Oxford, WI; Viki Borkz, individually and in her official capacity as EEO Counselor at the Federal Correctional Institution, Oxford, WI; Angela Crosby, individually and in her official capacity as a EEO Specialist; Caroline Sapla, individually and in her official capacity as a general counsel attorney for the Bureau of Prisons; Sarah Nagy, individually and in her official capacity as a private attorney; Robert Tomlinson, individually and in his official capacity as a private attorney, Appellees.

No. 03–3241.

United States Court of Appeals,
Eighth Circuit.

Submitted May 4, 2004.

Decided May 7, 2004.

Rickey Townsend, Wisconsin Rapids, WI, pro se.

Friedrich Anson Paul Siekert, U.S. Attorney's Office, Gary Warren Hoch, Meagher & Geer, Minneapolis, MN, Debra Lynn Weiss, Dudley & Smith, St. Paul, MN, for Defendants–Appellees.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Rickey Townsend appeals the district court's[1] dismissal of his civil rights action. After de novo review, we agree with the district court that the federal-agency defendants were entitled to sovereign immunity, that the court lacked personal jurisdiction over the remaining defendants who raised the defense, and that the claims against Robert Tomlinson failed on their merits.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.